United States District Court
Eastern District of North Carolina

FRED D. COOMBS
               Petitioner

v.                                    **Judgment in a Civil Case**

GEORGE E. SNYDER,
UNITED STATES PAROLE
COMMISSION
               Respondent                    Case Number: 5:07-HC-2197-BO

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED that respondent's motion for summary judgment is granted and this action is hereby dismissed.

THE ABOVE JUDGMENT WAS FILED AND ENTERED TODAY, SEPTEMBER 23, 2008 AND COPIES MAILED TO:

VIA U.S. Postal Service                          VIA Notice of Electronic Filing

**Fred D. Coombs**                                   **Steve R. Matheny**
135 53rd St., S.E.                                     U. S. Attorney's Office
Washington, DC 20019

| September 23, 2008 | /s/ DENNIS P. IAVARONE |
|---|---|
| Date | Clerk |

Raleigh, North Carolina